# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>STEVEN HEISE<br><br>Debtors. | Case No. 19-08996<br>Chapter 13<br>Judge Pamela S. Hollis<br><br>Confirmation hearing:<br>6/07/2019 11:30 a.m. |

## KIPLING ESTATES HOMEOWNERS ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED APRIL 10, 2019

Now comes a certain Creditor, KIPLING ESTATES HOMEOWNERS ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed April 10, 2019 states as follows:

1. Kipling Estates Homeowners Association is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On May 10, 2019, Kipling Estates Homeowners Association filed its proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 1601 Fieldstone Drive North, Shorewood, Illinois 60404. (Exhibit "A").

3. That pursuant to Kipling Estates Homeowners Association's governing documents, which have been recorded with the Recorder of Deeds of Will County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Kipling Estates Homeowners Association.

4. At the time Debtor filed the chapter 13 petition on March 28, 2019, Debtor owed the amount of $2,678.97 for past due assessments, late fees and attorney fees to Kipling Estates Homeowners Association. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for Kipling Estates Homeowners Association's secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Kipling Estates Homeowners Association's lien rights in Debtor's real estate and the proof of claim filed on May 10, 2019, Kipling Estates Homeowners Association, should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $2,678.97.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to Kipling Estates Homeowners Association, confirmation of Debtor's April 10, 2019 plan should be denied.

WHEREFORE, Kipling Estates Homeowners Association prays this court for entry of the attached order denying confirmation of the Debtor's plan filed April 10, 2019, and for any such other and further relief as this court deems just and equitable within the premises.

KIPLING ESTATES
HOMEOWNERS ASSOCIATION

By: _____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446