UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                           Case No. 19-08996
STEVEN HEISE                                     Chapter 13
                                                 Judge Pamela S. Hollis

                        Debtors.                 Confirmation hearing:
                                                 6/07/2019 11:30 a.m.

## NOTICE OF FILING

To:      See attached Service List.

**PLEASE TAKE NOTICE** that on this 30th day of May 2019, the undersigned caused to
be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern
District of Illinois, Eastern Division, KIPLING ESTATES HOMEOWNERS ASSOCIATION's
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED APRIL 10,
2019, a copy of which is attached hereto and served upon you herewith.

                                                 _____
                                                 Benjamin J. Rooney

## PROOF OF SERVICE

        The undersigned attorney certifies that he served a true and correct copy of the foregoing
electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois
addressed to the parties appearing above on the 30th day of May, 2019.

                                                 _____
                                                 Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 30th day of May 2019.

_____
Notary Public

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

OFFICIAL SEAL
LISA A CARBY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/19/22

## Service List

Steven Heise
1601 Fieldstone Drive North
Shorewood, Illinois 60404

Ben L Schneider
Schneider & Stone
8424 Skokie Blvd, Suite 200
Skokie, Illinois 60077
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)